UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HARTENSE WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV820 CDP |
| | ) |
| SMURFIT-STONE CONTAINER CO., et al., | ) |
| | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

For the reasons stated on the record during the Rule 16 scheduling conference,

**IT IS HEREBY ORDERED** that plaintiff's motion to appoint counsel [#4] is denied.

**IT IS FURTHER ORDERED** that defendant's motion to substitute the proper party defendant [#18] is granted, and defendant "Smurfit-Stone Container Enterprises, Inc." shall be substituted for defendant "Smurfit-Stone Container Co."

**IT IS FURTHER ORDERED** that defendant's motion for leave to file its amended answer [#17] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of October, 2006.