UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HARTENSE WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV820 CDP |
| | ) |
| SMURFIT-STONE CONTAINER | ) |
| ENTERPRISES, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on defendant Smurfit Stone's motion to compel. In this discriminatory discharge case, defendant seeks an order compelling plaintiff to execute a Division of Employment Security Authorization so that it may obtain plaintiff's unemployment compensation records. Plaintiff refuses to sign the authorization, claiming the request is overly broad and seeks evidence that may not be admissible at trial. Having reviewed the briefs submitted by both parties, I will grant defendant's motion. Evidence may be discoverable even if not ultimately admissible at trial, and I find that plaintiff's unemployment records -- particularly any statements plaintiff may have made about her job and the reasons for her termination -- are relevant and discoverable in this employment discrimination case.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel [#33] is granted, and plaintiff shall execute a Division of Employment Security Authorization within ten (10) days of the date of this Order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of June, 2007.